

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2015

No. 04-14-00508-CV

Rudy **MENDEZ**,
Appellant

v.

**CITY OF SAN ANTONIO BUILDING STANDARDS BOARD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08659
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

On December 4, 2014, the trial court signed an order granting the contests to appellant's affidavit of indigence. On February 9, 2015, appellant filed a letter that we will construe as an appeal from that order. As a result, preparation of the clerk's record and the reporter's record as those documents pertain to appellant's indigence is required. *See In re Arroyo*, 988 S.W.2d 737, 739 (Tex. 1998).

On January 21, 2015, the trial court filed a supplemental clerk's record containing a copy of the trial court's order and a copy of the contest filed by appellee, the City of San Antonio. The trial court's order indicates contests were also filed by the Bexar County District Clerk, and Judy Stewart the official reporter of the 45th District Court. However, the supplemental clerk's record does not contain a copy of those contests.

It is therefore ORDERED that the clerk of the trial court prepare, certify, and file a supplemental clerk's record in Trial Cause No. 2014-CI-08659 that contains all portions of the trial court's record that pertain to the hearing on the contests to appellant's affidavit of indigence. *See* TEX. R. APP. P. 34.5. At a minimum, the clerk's record must contain: (1) the affidavit of indigence filed by appellant, Rudy Mendez; (2) the District Clerk's response opposing and contesting the affidavit of indigence; and (3) the court reporter's response opposing and contesting the affidavit of indigence. The supplemental clerk's record is due to this court by March 4, 2015.

It is further ordered that Ms. Stewart prepare, certify, and file the reporter's record for the hearing on the contests to appellant's affidavit of indigence in Trial Cause No. 2014-CI-08659. *See* TEX. R. APP. P. 34.6. The reporter's record must include a transcription of the proceedings that occurred on or about December 4, 2014; any and all exhibits admitted into evidence during the hearing; and the trial court's pronouncement in respect to the contests. The reporter's record is due to this court by March 4, 2015.

The appellate deadlines in this appeal shall be SUSPENDED pending resolution of whether the appellant is entitled to proceed in this appeal without advance payment of costs.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2015.

Keith E. Hottle
Clerk of Court